**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6228**

NICHOLAS QUEEN,

                    Petitioner – Appellant,

          v.

WARDEN DARLENE DREW, Warden, FCI Bennettsville,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Timothy M. Cain, District Judge.
(2:11-cv-02573-TMC)

Submitted:  May 7, 2012              Decided:  May 23, 2012

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicholas Queen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas James Queen, Sr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Queen v. Drew, No. 2:11-cv-02573-TMC (D.S.C. Jan. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED